**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**HELENA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-24-05063-KLD** |
| **Plaintiff,** | **VIOLATION:** |
| | **F5474432** |
| **vs.** | **Location Code: M10** |
| **TIM OCHOA,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion to accept the defendant's payment of a $55 fine and $30 processing fee for violation F5474432 (for a total of $85), and for good cause shown, **IT IS ORDERED** that the $85 fine paid by the defendant is accepted as a full adjudication of violation F5474432.

**IT IS FURTHER ORDERED** that the Initial Appearance scheduled for June 6, 2024, is **VACATED.**

DATED this 11th day of June, 2024.

Kathleen L. DeSoto
United States Magistrate Judge